# Court of Appeals
# of the State of Georgia

ATLANTA, March 21, 2019

*The Court of Appeals hereby passes the following order*

**A19D0350. MICHAEL SAILERS v. MELISSA SAILERS.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18CV746



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta, March 21, 2019.

     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

     Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.